No. 15-25-00076-CV

ACCEPTED
15-25-00076-cv
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
12/19/2025 2:50 PM
CHRISTOPHER A. PRINE
CLERK

IN THE COURT OF APPEALS
FOR THE FIFTEENTH DISTRICT OF TEXAS
AUSTIN, TEXAS

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
12/19/2025 2:50:09 PM
CHRISTOPHER A. PRINE
Clerk

**IN THE MATTER OF THE MARRIAGE OF TERRY BRENT
WILLIAMS AND TRACY LEANN WILLIAMS AND
IN THE INTEREST OF P.R.W., A CHILD**,

On Appeal from the 369th District Court
Leon County, Texas, No. 22-0059CV
The Honorable Michael Davis, Presiding

## NOTICE OF REMOVAL OF CO-COUNSEL

TO THE HONORABLE FIFTEENTH COURT OF APPEALS:

Pursuant to Tex. R. App. P. 6.2, Appellant, Terry Brent Williams, by and through undersigned lead counsel, Susan J. Clouthier, hereby files this Notice of Removal of Co-Counsel, Elizabeth Steiner. Appellant respectfully shows the following:

Susan J. Clouthier with the firm Clouthier Law, PLLC is lead counsel on this appeal. Elizabeth Steiner appears as co-counsel. Ms. Steiner is no longer affiliated with Clouthier Law, PLLC, thus Ms. Steiner should be withdrawn from the case for the sake of accuracy.

Susan J. Clouthier with Clouthier Law, PLLC will remain lead counsel in this case.

December 19, 2025

Respectfully Submitted,

**CLOUTHIER LAW, PLLC**

*/s/Susan J. Clouthier*
Susan J. Clouthier
Tex. Bar No. 24062673
9950 Woodloch Forest Dr., Ste. 1300
The Woodlands, Texas 77380
Tel: (346) 443-4300
Fax: (346) 443-4343
susan@clouthierlaw.com

**Attorney for Appellant**
**Terry Brent Williams**

**CERTIFICATE OF SERVICE**

I hereby certify that on December 19, 2025, a true and correct copy of the foregoing Notice was e‑served to:

Clint F. Sare
Tex. Bar No. 00788354
P.O. Box 1694
Bryan, Texas 77806
Tel: (979) 822-1505
cfs@sarelaw.com

**Attorney for Respondent**
**Tracy Leeann Williams**

*/s/Susan J. Clouthier*
Susan J. Clouthier

2

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Susan Clouthier on behalf of Susan Clouthier
Bar No. 24062673
susan@clouthierlaw.com
Envelope ID: 109318752
Filing Code Description: Other Document
Filing Description: Notice of Removal of Co-Counsel
Status as of 12/19/2025 2:54 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Clouthier Law | | info@clouthierlaw.com | 12/19/2025 2:50:09 PM | SENT |
| Susan J.Clouthier | | susan@clouthierlaw.com | 12/19/2025 2:50:09 PM | SENT |
| Clint F.Sare | | cfs@sarelaw.com | 12/19/2025 2:50:09 PM | SENT |